

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00455-CV

———————————————

IN RE SAMUEL RANDLES, Relator

---

Original Proceeding
231st District Court of Tarrant County, Texas
Trial Court Nos. 231-619733-17 and 322-619733-17

---

Before Sudderth, C.J.; Birdwell and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and habeas corpus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and habeas corpus is denied.

Per Curiam

Delivered: September 5, 2025